UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-11-0158-KJM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| GERALD DAVID NATAD, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GERALD DAVID NATAD, Case No. CR.S-11-0158-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

 X  Bail Posted in the Sum of: $50,000.00

    X  Unsecured Appearance Bond

    \_\_\_ Secured Appearance Bond

    X  (Other) Conditions as stated on the record.

    \_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 05-13-2011 at 4:05 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge