**Law Offices of RON PETERS**
**Ron Peters (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for**
**GERALD NATAD**

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:**11-cr-00158 KJM** |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| GERALD NATAD, | |
| Defendants. | |

    **IT IS HEREBY STIPULATED** between the United States of America, through its attorney of record, William Wong, Assistant U.S. Attorney; and, the defendant, Gerald Natad through his attorney, Ron Peters, that the status conference scheduled for July 21, 2011 be continued to September 15, 2011 at 10:00 a.m.

    Defense counsel request additional time to continue investigation including obtaining documents relating to the defendant's prior felony convictions in California state courts which provide the underlying basis for the charged federal offenses.

    The parties stipulate and agree that the time from the date of this stipulation, July 19, 2011 through and including September 15, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

1    DATE: July 19, 2011                      Respectfully submitted

2

3                              By:      /s/Ron Peters
                                         RON PETERS

4                                          Attorney for Defendant
                                         GERALD NATAD

5

6

7    DATE: July 19, 2011                   By:      /s/ William S. Wong
                                         William S. Wong

8                                          Assistant U.S. Attorney

1

**ORDER**

2         The Court, having considered the stipulation of the parties, and good cause appearing

3    therefrom, adopts the stipulation of the parties in its entirety as its order.  The status conference

4    scheduled for July 21, 2011 is continued to September 15, 2011 at 10:00 a.m.  Based on the

5    stipulation of the parties, the Court finds that the failure to grant a continuance in this case

6    would deny defense counsel reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence, and also would deny defendant continuity of counsel.

8    Time from the date of the stipulation, July 19, 2011, to and including September 15, 2011,

9    shall be excluded from computation of time within which the trial of this case must be

10   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

11   Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).  The

12   Court specifically finds that the ends of justice served by the granting of this continuance

13   outweigh the interests of the defendant and the public in a speedy trial.

14        It is so ordered.

15

16   Dated:  July 19, 2011.

17

18   _____

19   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28